AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | Case: 1:22-mj-00085 |
| v. | ) | Assigned To: Magistrate Judge G. Michael Harvey |
|  | ) | Date Assigned: 4/21/2022 |
|  | ) | Description: Rule 5 Arrest Warrant |
| Timothy West | ) | Case No. 8:16-cr-00535-PWG-1 |
| *Defendant* | ) |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Timothy West

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alleged to violation for supervised release.

Date:   March 11, 2021

H. Espino
*By: Deputy Clerk*

Address:  6500 Cherrywood Lane
          Greenbelt, Md. 20770

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 3-11-2022, and the person was arrested on *(date)* 4-21-2022
at *(city and state)* Washington D.C.

Date: 4-21-2022

Michael Dito
*Arresting officer's signature*

Michael Dito   DUSM
*Printed name and title*